No. 96–6513.  SCURLOCK v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–6515.  SMITH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–6523.  O'NEIL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–6525.  BYRD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–6526.  SIMMONS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–6527.  BROSKY v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 96–6532.  HALL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6533.  SMITH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–6535.  EVANS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–6537.  GUZMAN, AKA GUZMAN RIVERA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–6538.  AROCHO GONZALEZ v. UNITED STATES; and
No. 96–6575.  AROCHO GONZALEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  Reported below: 91 F. 3d 121.

No. 96–6539.  MCKNIGHT v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–6540.  FORD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6542.  WEATHERWAX v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 96–6545.  BAKER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.